

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2019

No. 04-19-00409-CV

Frederick O. **SILVER**,
Appellant

v.

**TOYOTA MOTOR MANUFACTURING TEXAS, INC., ET AL.**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-05365
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Pursuant to this court's order dated August 26, 2019, a supplemental clerk's record was filed in this court on August 27, 2019, and appellant filed a written advisory stating his intention to file a second amended brief. It is therefore ORDERED that appellant's second amended brief be filed no later than ten days from the date of this order.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court